IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| EVET TAYLOR, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No. 21-cv-02053 |
| LIBERTY VILLAGE/MANOR COURT OF CLINTON, | ) ) ) ) |
|     Defendant. | ) |

**DEFENDANT'S CORRECTED MOTION TO TRANSFER VENUE
UNDER 28 U.S.C. 1404(a)**

Defendant, Residential Alternatives of Illinois, Inc., referred to in Plaintiff's Complaint as Liberty Village/Manor Court of Clinton, by and through its attorneys, respectfully requests that this Court transfer this matter within the Central District to the Springfield Division of the Central District of Illinois pursuant to 28 U.S.C. § 1404(a). Defendant files this Motion to correct an inadvertent mistake in its Motion to Transfer Venue. The only amendment to Defendant's Motion to Transfer Venue is correcting "Springfield" from "Urbana" in Paragraph 5 of Defendant's Motion. Defendant submits the following in support of its Motion:

On March 14, 2021, Plaintiff Evet Taylor filed her Complaint against Defendant alleging violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, on the basis of her race, Black. Plaintiff filed her Complaint in the Urbana Division of the Central District of Illinois.

28 U.S.C. § 1404(a) states that "[f]or the convenience of the parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division where all parties have consented." Local Rule 40.1(B) provides: "All complaints and subsequent filings in cases which arise from the following counties: Adams, Brown, Cass, Christian, DeWitt, Greene, Logan, Macoupin, Mason,

Menard, Montgomery, Morgan, Pike, Sangamon, Scott, and Shelby, will be filed at SPRINGFIELD, ILLINOIS."

Defendant operates a skilled nursing facility known as Liberty Village of Clinton in Clinton, located at 1 Park Lane, Clinton, Illinois. Clinton is located in DeWitt County. Plaintiff alleges that she was harassed and discriminated against while working in DeWitt County. All of Plaintiff's allegations involve actions that Defendant is alleged to have taken in DeWitt County or from DeWitt County. DeWitt County falls within this Court's jurisdiction of the Springfield Division, not the Urbana Division. *See* Local Rule 40.1(B).

Defendant is located in the Springfield Division, and the "situs of the material events" which gave rise to Plaintiff's Complaint purportedly occurred in the Springfield Division. *Young v. T-H Professional & Medical Collections, Ltd.*, 2019 WL 7500806 (C.D. Ill., 2019). "Nearly everything relevant to this case" happened in Clinton, DeWitt County, Illinois. *Id*. For these reasons, transfer of this matter to the Springfield Division of the Central District of Illinois pursuant to 28 U.S.C. § 1404(a) is proper, as it is the proper forum for the suit.

WHEREFORE, Defendant respectfully requests that this Court grant its Corrected Motion to Transfer Venue Under 28 U.S.C. § 1404(a), and grant other relief as this Court deems proper.

Date: April 15, 2021                        Respectfully submitted,

<u>*s/ Carli Lin Evans*</u>

Carli Lin Evans
DAVIS & CAMPBELL, L.L.C.
333 S. Wabash, Suite 2700
Chicago, Illinois 60604
P. (312) 995-7125
F. (309) 673-1690
clevans@dcamplaw.com

David G. Lubben
DAVIS & CAMPBELL, L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602
P. (309) 673-1681
F. (309) 673-1690
dglubben@dcamplaw.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I certify that on the 15th day of April, 2021, I caused the foregoing Corrected Motion to Transfer Venue Under 28 U.S.C. 1404(a) to be filed with the Court's CM/ECF system, and mailed to Plaintiff Evet Taylor by first class mail, postage prepaid, at the address of 1402 N. Clinton Street, Decatur IL 62526.

                   *s/ Carli Lin Evans*
                   Carli L. Evans

Carli Lin Evans
DAVIS & CAMPBELL, L.L.C.
333 S. Wabash, Suite 2700
Chicago, Illinois 60604
P. (312) 995-7125
F. (309) 673-1690
clevans@dcamplaw.com

David G. Lubben
DAVIS & CAMPBELL, L.L.C.
401 Main Street, Suite 1600
Peoria, Illinois 61602
P. (309) 673-1681
F. (309) 673-1690
dglubben@dcamplaw.com

*Attorneys for Defendant*